IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARVEY PIERCE, | ) | 4:04CV3216 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAWSON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's second motion for enlargement of time (filing 42) is granted, as follows: Plaintiff shall have until August 30, 2005, to respond to Defendants' motion for summary judgment (filing 37).

August 15, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge