IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARVEY PIERCE, | ) | 4:04CV3216 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DAWSON COUNTY; SHERIFF GARY REIBER, individually and in his official capacity; SERGEANT EARL IMLER, individually and in his official capacity; and LIEUTENANT RENEE BOTTS, individually and in her official capacity, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 45) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

September 26, 2005.            BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge